IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **21-cr-86-WJM**

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. ROBERTO R. ACOSTA, and
2. ROBERTO K. MERINO LISABET,

 Defendants.

## INDICTMENT

 The Grand Jury charges:

## COUNT 1

Conspiracy to Fraudulently Possess and Traffic In Device-Making Equipment

 1. Beginning on or about June 5, 2020, and continuing through and including on or about June 23, 2020, in the State and District of Colorado, the defendants ROBERTO R. ACOSTA, ROBERTO K. MERINO LISABET, and other persons unknown to the grand jury, conspired together and with each other to knowingly, and with intent to defraud, produce, traffic in, have control or custody of, or possess device-making equipment, namely, "skimmers" which are mechanisms or pieces of equipment designed or primarily used for making an access device or a counterfeit access device through the secret collection of customer bank or credit account information, and which

offense affected interstate or foreign commerce.

2. In furtherance of the conspiracy to fraudulently possess and traffic in device making equipment, and to effect the objects therefore, on or about the following dates, the defendants and other parties to the conspiracy engaged in conduct to include:

    (a) On June 5, 2020, possessing and installing skimming devices within fuel pumps at the Conoco Phillips 66 Store located at 16283 Morrison Road, Morrison, Colorado.

    (b) On June 23, 2020, possessing, installing, and attempting to install skimming devices within fuel pumps at the Conoco Phillips 66 Store located at 16283 Morrison Road, Morrison, Colorado.

All in violation of Title 18, United States Code, §§ 1029(a)(4) and (b)(2).

## COUNT 2
Fraudulently Possessing and Trafficking In Device-Making Equipment

3. On or about June 5, 2020, in the State and District of Colorado, the defendants ROBERTO R. ACOSTA and ROBERTO K. MERINO LISABET knowingly, and with intent to defraud, produced, trafficked in, had control and custody of, and possessed device-making equipment, namely a "skimmer", which is a mechanism or piece of equipment designed or primarily used for making an access device or a counterfeit access device through the secret collection of customer bank or credit account information, and which offense affected interstate or foreign commerce, and aided and abetted the same.

All in violation of Title 18, United States Code, §§ 1029(a)(4) and 2.

## COUNT 3

Fraudulently Possessing and Trafficking In Device-Making Equipment

4.   On or about June 23, 2020, in the State and District of Colorado, the defendants ROBERTO R. ACOSTA and ROBERTO K. MERINO LISABET knowingly, and with intent to defraud, produced, trafficked in, had control and custody of, and possessed device-making equipment, namely a "skimmer", which is a mechanism or piece of equipment designed or primarily used for making an access device or a counterfeit access device through the secret collection of customer bank or credit account information, and which offense affected interstate or foreign commerce, and aided and abetted the same.

All in violation of Title 18, United States Code, §§ 1029(a)(4) and 2.

## COUNTS 4 - 6

Aggravated Identity Theft

5.   On June 23, 2020, in the State and District of Colorado, the defendants ROBERTO R. ACOSTA and ROBERTO K. MERINO LISABET, did knowingly transfer, possess or use, without lawful authority, a means of identification of another person, to wit, account numbers connected to bank cards issued to the below persons, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, fraudulent possessing and trafficking in device-making equipment, Title 18, United States Code, Section 1029(a)(4), and aided and abetted the same.

| **Count No.** | Person |
|---|---|
| 4 | G.W. |
| 5 | J.C. |
| 6 | M.L. |

Each count in violation of Title 18, United States Code, Sections 1028A and 2.

## Forfeiture Allegation

1.      The allegations contained in Counts 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c).

2.      Upon conviction of the violations alleged in Counts 1 through 3 of this Indictment involving violations of Title 18, United States Code, §§ 1029 and 2, defendants ROBERTO R. ACOSTA and ROBERTO K. MERINO LISABET shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and pursuant to Title 18, United States Code, Section 1029(c), any personal property used or intended to be used to commit the offense.

3.      If any of the property described above, as a result of any act or omission of the defendants:

      a)      cannot be located upon the exercise of due diligence;
      b)      has been transferred or sold to, or deposited with, a third

       party;
  c) has been placed beyond the jurisdiction of the Court;
  d) has been substantially diminished in value; or
  e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant[s] up to the value of the forfeitable property.

         A TRUE BILL:

         <u>Ink signature on file in Clerk's Office</u>
         FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: <u>s/Tim R. Neff</u>
   TIM R. NEFF
   Assistant United States Attorney
   U.S. Attorney's Office
   1801 California Street
   Denver, CO   80202
   Telephone: (303) 454-0100
   Fax: (303) 454-0402
   E-mail:   tim.neff@usdoj.gov
   Attorney for the Government